Submitted on respondent's petition for reconsideration filed July 22, reconsideration allowed; opinion (113 Or App 232, 832 P2d 459) withdrawn; conviction affirmed; remanded for resentencing November 12, 1992

STATE OF OREGON,
*Respondent,*

*v.*

SAMUEL WILSON,
*Appellant.*

(90C-21178; CA A70381)

842 P2d 418

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, for petition.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reconsideration allowed; opinion withdrawn; conviction affirmed; remanded for resentencing. *State v. Haydon,* 113 Or App 205, 832 P2d 457, *on recon* 116 Or App 347, 842 P2d 410 (1992).